IN THE UNITED STATES DISTRICT COURT
For the Eastern District of North Carolina
Western Division
File No.: 5:13-CV-110-F

| | |
|---|---|
| CATHY RUDISILL, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Order Staying Discovery and Directing Entry |
| THE UNTIED STATES OF AMERICA, | ) of a New Case Management Order |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff has moved the Court for entry of an order staying discovery in this case for a period of 90 days and directing the parties to submit a revised discovery plan for entry of a new case scheduling order in this case within 30 days thereafter based upon the catastrophic loss of the plaintiff's counsel's computer system and substantially all of the documents and data of or related to the plaintiff's case which has impaired the plaintiff's case and through no fault of the plaintiff herself, the plaintiff has been unable to produce the disclosures, documents, and other discovery responses necessary in this case, and the plaintiff cannot comply with the discovery plan and the case management order present in this case.

For valid reasons, the Plaintiff's motion seeking relief from the operation of the present case management order and the entry of an order staying discovery in this case for a period of 90 days from the date of this order and directing the parties to submit a revised discovery plan to the court for entry of a new case scheduling order in this case within 30 days afterward is necessary and warranted under these circumstances, and the plaintiff's counsel must act as expeditiously as possible to acquire and assemble the documents and materials necessary to proceed, and upon submission of the parties' proposed revised discovery plan, the Court will at that time enter a

-1-

case management order to promote justice and the expeditious disposition of this case.

It is SO ORDERED.

June 23, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge